41 So.2d 917

**Sallie EVINS, alias Evans, v. STATE.**

2 Div. 792.

Court of Appeals of Alabama.

July 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellant.

41 So.2d 917 ·

**Henry Clyde FARMER v. STATE.**

7 Div. 983.

Court of Appeals of Alabama.

June 7, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

41 So.2d 918

**A. E. FONDREN v. STATE.**

6 Div. 746.

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

40 So.2d 915

**James Herschal FOSTER v. STATE.**

5 Div. 269.

Court of Appeals of Alabama.

April 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

42 So.2d 846

**Jay FOSTER v. STATE.**

4 Div. 125.

Court of Appeals of Alabama.

Nov. 22, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

41 So.2d 918

**Walter FOSTER v. STATE.**

6 Div. 725.

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.